**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                  Case No. 18-cr-124 (ADM/TNL)

        Plaintiff,

v.                                             **THIRD CASE MANAGEMENT ORDER**

Cameron Thomas Crowley,

        Defendant.

---

This matter comes before the Court on Defendant Cameron Thomas Crowley's Motion for Continuance of Motion Filing Date and Motion Hearing (ECF No. 31). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (ECF No. 32). Defendant requests a sixty-day extension to file his pretrial motions so as to permit continued discussions with the Government regarding potential resolution, noting that some options for resolution "would become unavailable with the filing of motions." (ECF No. 31 at 1.) Defendant also notes that additional time will allow him to more fully participate in his defense and make a reasoned decision on how to proceed. (ECF No. 32 at 1.) The Government does not object to the request. (ECF No. 31 at 1.) Defendant agrees to waive time under the Speedy Trial Act. (ECF No. 31 at 1; ECF No. 32.)

After careful consideration of the underlying charges and allegations, Defendant's stated reasons for the continuance, and the Government's non-objection, the Court finds good cause to extend the deadlines in this case. Pursuant to 18 U.S.C. § 3161(h), the Court

finds that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and the defendant in a speedy trial, and such continuances are necessary to provide Defendant and his counsel the reasonable time necessary for effective preparation.

For good cause shown and in furtherance of efficient case management, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Continuance of Motion Filing Date and Motion Hearing (ECF No. 31) is **GRANTED**.

2. The period of time from **November 27, 2018 through February 15, 2019** shall be excluded from Speedy Trial Act computations in this case. 18 U.S.C. § 3161(h)(7)(A).

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 28, 2019**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.[2]

4. **Counsel must electronically file a letter on or before January 28, 2019 if no motions will be filed and there is no need for a hearing**.

5. All responses to motions must be filed by **February 8, 2019**. D. Minn. LR 12.1(c)(2).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

[2] U.S. Mail or hand-deliver to U.S. Courthouse Suite 9W, 300 South Fourth Street, Minneapolis, MN 55415.

6. Any Notice of Intent to Call Witnesses must be filed by **February 8, 2019**. D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **February 12, 2019**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a) The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b) Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **February 15, 2019**, at **10:00 a.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

10. **TRIAL:**

   a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

   All voir dire questions and jury instructions must be submitted to District Judge Ann D. Montgomery on or before **March 4, 2019**.

This case must commence trial on **March 11, 2019**, at **9:30 a.m.** before District Judge Montgomery in Courtroom 13W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Montgomery to confirm the new trial date.**

11. All prior consistent orders remain in full force and effect.

12. Failure to comply with any provision of this Order or any other prior consistent order shall subject the non-complying party, non-complying counsel, and/or the party such counsel represents to any and all appropriate remedies, sanctions, and the like.

Date: November  28 , 2018             *s/ Tony N. Leung*
                                                      Tony N. Leung
                                                      United States Magistrate Judge
                                                      District of Minnesota

                                                      *United States v. Crowley*
                                                      Case No. 18-cr-124 (ADM/TNL)