# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 18-cr-124 ADM/TNL |
| | Date: July 17, 2019 |
| Cameron Thomas Crowley, | Court Reporter: Tim Willette |
| | Courthouse: Minneapolis |
| Defendant | Courtroom: 13W |
| | Time Commenced: 2:00 p.m. |
| | Time Concluded: 2:50 p.m. |
| | Time in Court: 50 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Kate Buzicky, Assistant U.S. Attorney
For Defendant: Doug Micko, FPD

☒ Sentencing

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | PROB |
|---|---|---|
| One | ☒ | 5 years |

☒ Special conditions of: **See J&C for special conditions**

☒ Defendant sentenced to pay:
 ☒ Restitution in an amount to be determined in 90 days.
 ☒ Special assessment in the amount of $25.

☒ Plea and plea agreement accepted.
☒ Counts Two through Five dismissed on Govt motion.
☒ Defendant released on terms and conditions.

s/LPH
Courtroom Deputy
